THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | CASE NO. 15-31077 |
| OLIVER W. MOTEN III, and ) | |
| JACQUELINE MOTEN ) | CHAPTER 13 |
| ) | |
| DEBTORS. ) | |

### RESPONSE TO DEBTORS' OBJECTION TO CLAIM NO. 8 OF NISSAN MOTOR ACCEPTANCE CORPORATION

COMES NOW Nissan Motor Acceptance Corporation ("Nissan") and responds to Oliver W. Moten, III's and Jacqueline Moten's (collectively, the "Debtors") Objection to Claim No. 8 of Creditor Nissan as follows:

1. On July 27, 2015, Nissan inadvertently filed Proof of Claim No. 8 in the amount of $19,016.39.

2. Therefore, the Debtors' Objection to Claim No. 8 of Creditor Nissan may be sustained.

WHEREFORE, PREMISES CONSIDERED, Nissan Motor Acceptance Corporation states that the Debtors' Objection to Claim No. 8 may be sustained.

              Respectfully submitted,

              /s/ William L. Thuston, Jr.
              Bradley R. Hightower
              William L. Thuston, Jr.
              Attorneys for Nissan Motor Acceptance Corporation

**OF COUNSEL**:
CHRISTIAN & SMALL LLP
505 20th Street North
Suite 1800
Birmingham, Alabama  35203
Telephone:  (205) 795-6588
brh@csattorneys.com
wlt@csattorneys.com

1

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing pleading upon the following in this cause, via the means indicated for each, on October 27, 2015

Via U.S. Mail:
Bankruptcy Administrator
One Church Street
Montgomery, AL 36104


Via CM/ECF E-notice:
Joshua C. Milam
Shinbaum & Campbell
566 S. Perry Street
Montgomery, AL 36104
jmilam@smclegal.com

Curtis C. Reding
Trustee
P O Box 173
Montgomery, AL 36101
redingc@ch13mdal.com

/s/ William L. Thuston, Jr.
OF COUNSEL