# UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

In re                                                 Case No. 15–31077
                                                           Chapter 13

Oliver Moten, III and Jacqueline Moten

       Debtors

## NOTICE

PLEASE TAKE NOTICE that a hearing will be held at

U.S. Bankruptcy Court, One Church Street, Courtroom 4C, Montgomery, AL 36104

on November 30, 2015 at 09:00 AM

to consider and act upon the following:

*46* – Objection to Claim # 8 (Nissan Motor Acceptance Corporation) filed by Joshua C. Milam on behalf of Jacqueline Moten, Oliver Moten III. Responses due by 11/16/2015. (Milam, Joshua)

*47* – Response to Objection to Claim # 8 (Nissan Motor Acceptance Corporation) filed by William L. Thuston Jr. on behalf of Nissan Motor Acceptance Corporation (RE: related document(s)46 Objection to Claim filed by Debtor Oliver Moten, Joint Debtor Jacqueline Moten). (Thuston, William)

      Dated: October 28, 2015

                                                          Juan–Carlos Guerrero
                                                          Clerk, U.S. Bankruptcy Court