UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                         Case No. 15-31077-DHW
                                              Chapter 13
OLIVER MOTEN, III,
JACQUELINE MOTEN,

      Debtors.

## ORDER DISALLOWING CLAIM

The debtors filed an objection (Doc. # 46) to Claim #8 filed by Nissan Motor Acceptance Corporation. The objection came on for hearing on November 30, 2015. For the reasons stated in open court, it is

ORDERED that the Objection is SUSTAINED, and the claim is DISALLOWED.

Done this 30th day of November, 2015.

                                              /s/ Dwight A. Williams, Jr.

                                              Dwight H. Williams, Jr.
                                              United States Bankruptcy Judge

c:  Debtors
    Joshua C. Milam, Attorney for Debtors
    Nissan Motor Acceptance Corporation, Creditor
    William L. Thuston, Jr., Attorney for Creditor
    Curtis C. Reding, Trustee