IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: )
 )
OLIVER MOTEN, III and )
JACQUELINE MOTEN, ) Case No. 15-31077
 )
 ) Chapter 13
Debtors, )

## MOTION FOR RELIEF FROM STAY

COMES NOW Wells Fargo Bank, National Association, successor by merger to Wells Fargo Bank Minnesota, National Association, solely in its capacity as Trustee for Provident Bank Home Equity Loan Asset-Backed Certificates, Series 2000-2 by and through its attorney of record, and hereby files this "Motion For Relief From Stay" (the "Motion") to lift the automatic stay and allow it to proceed with ejectment proceedings as to the property occupied by the Debtor pursuant to 11 U.S.C. §362(d). In support of this Motion, Movant respectfully avers that:

i. On or about April 27, 2015 Oliver Moten, III and Jacqueline Moten (the "Debtors") filed a Chapter 13 bankruptcy petition (the "Petition") with this Court. This Court has jurisdiction over this Motion under 28 U.S.C. §§ 157 and 1334.

ii. The Movant is the owner of the real property known as 3156 Lynchburg Drive, Montgomery, Alabama 36116 by virtue of foreclosure sale on February 25, 2016. See Foreclosure Deed attached as Exhibit "A".

iii. Because of the above, Movant is entitled to obtaining possession of the real property from the Debtor.

iv. In addition, Movant requests that it be relieved of the requirements of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure to allow Movant to execute the Order granting relief instanter.

v. Movant specifically requests permission from this Honorable Court to communicate with the Debtor(s) and Debtor(s) counsel to the extent necessary to comply with applicable non-bankruptcy law

WHEREFORE, PREMISES CONSIDERED, Movant prays that this Court grant to Wells Fargo Bank, National Association, successor by merger to Wells Fargo Bank Minnesota, National Association, solely in its capacity as Trustee for Provident Bank Home Equity Loan Asset-Backed Certificates, Series 2000-2 the requested relief described in this Motion pursuant to 11 U.S.C. §§ 362(d). Movant requests such other and further relief as may be just and proper.

Dated this 13th day of April, 2016.

/s/ Stephen B. Porterfield
Stephen B. Porterfield
Attorney for Movant

OF COUNSEL:
**SIROTE & PERMUTT, P.C.**
2311 Highland Avenue South
P.O. Box 55727
Birmingham, Alabama 35255
(205) 930-5278

## CERTIFICATE OF SERVICE

I hereby certify that on this the 13th day of April, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Joshua C. Milam
Shinbaum & Campbell
566 S. Perry Street
Montgomery, Al 36104
jmilam@smclegal.com

Curtis C. Reding
P.O. Box 173
Birmingham, AL 36101
Trustees_office@ch13mdal.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participant:

    Oliver Moten, III
    Jacqueline Moten
    4124 Edge Hill Lane
    Montgomery, AL 36116

    /s/ Stephen B. Porterfield
    OF COUNSEL

EXHIBIT "A"