# EXHIBIT "A"

DOCSBHM\2115978\1
Case 15-31077    Doc 55    Filed 04/13/16    Entered 04/13/16 14:15:04    Desc Main
            Document    Page 1 of 5

SEND TAX NOTICE TO:
Ocwen Loan Servicing, LLC
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409

STATE OF ALABAMA )

MONTGOMERY COUNTY )

## FORECLOSURE DEED

KNOW ALL MEN BY THESE PRESENTS, that

WHEREAS, heretofore, on, to-wit: the 28th day of April, 2000, Oliver W. Moten, III and Jacqueline D. Moten, husband and wife, executed that certain mortgage on real property hereinafter described to Southern Atlantic Financial Services, Inc., which said mortgage was recorded in the Office of the Judge of Probate of Montgomery County, Alabama, in RLPY 2108 Page 0736, said mortgage having subsequently been transferred and assigned to Wells Fargo Bank, National Association, successor by merger to Wells Fargo Bank Minnesota, National Association, solely in its capacity as Trustee for Provident Bank Home Equity Loan Asset-Backed Certificates, Series 2000-2, by instrument recorded in RLPY 04782 Page 0223, in the aforesaid Probate Office ("Transferee"); and

WHEREAS, in and by said mortgage, the Transferee was authorized and empowered in case of default in the payment of the indebtedness secured thereby, according to the terms thereof, to sell said property before the Courthouse door in the City of Montgomery, Montgomery County, Alabama, after giving notice of the time, place, and terms of said sale in some newspaper published in said County by publication once a week for three (3) consecutive weeks prior to said sale at public outcry for cash, to the highest bidder, and said mortgage provided that in case of sale under the power and authority contained in same, the Transferee or any person conducting said sale for the Transferee was authorized to execute title to the purchaser at said sale; and it was further provided in and by said mortgage that the Transferee may bid at the sale and purchase said property if the highest bidder thereof; and

WHEREAS, default was made in the payment of the indebtedness secured by said mortgage, and the said Wells Fargo Bank, National Association, successor by merger to Wells Fargo Bank Minnesota, National Association, solely in its capacity as Trustee for Provident Bank Home Equity Loan Asset-Backed Certificates, Series 2000-2 did declare all of the indebtedness secured by said mortgage, subject to foreclosure as therein provided and did give due and proper notice of the foreclosure of said mortgage by publication in the Montgomery

  

Version 1.2

Independent, a newspaper of general circulation published in Montgomery County, Alabama, in its issues of January 21, 2016, January 28, 2016, and February 4, 2016; and

WHEREAS, on February 23, 2016, the day on which the foreclosure was due to be held under the terms of said notice, between the legal hours of sale, said foreclosure was duly conducted, and Wells Fargo Bank, National Association, successor by merger to Wells Fargo Bank Minnesota, National Association, solely in its capacity as Trustee for Provident Bank Home Equity Loan Asset-Backed Certificates, Series 2000-2 did offer for sale and sell at public outcry in front of the Courthouse door in Montgomery, Montgomery County, Alabama, the property hereinafter described; and

WHEREAS, Red Mountain Title, LLC was the auctioneer which conducted said foreclosure sale and was the entity conducting the sale for the said Wells Fargo Bank, National Association, successor by merger to Wells Fargo Bank Minnesota, National Association, solely in its capacity as Trustee for Provident Bank Home Equity Loan Asset-Backed Certificates, Series 2000-2; and

WHEREAS, Wells Fargo Bank, National Association, successor by merger to Wells Fargo Bank Minnesota, National Association, solely in its capacity as Trustee for Provident Bank Home Equity Loan Asset-Backed Certificates, Series 2000-2 was the highest bidder and best bidder in the amount of Fifty-Four Thousand Five Hundred Forty-Five And 49/100 Dollars ($54,545.49) on the indebtedness secured by said mortgage, the said Wells Fargo Bank, National Association, successor by merger to Wells Fargo Bank Minnesota, National Association, solely in its capacity as Trustee for Provident Bank Home Equity Loan Asset-Backed Certificates, Series 2000-2, by and through Red Mountain Title, LLC as auctioneer conducting said sale for said Transferee, does hereby grant, bargain, sell and convey unto Wells Fargo Bank, National Association, successor by merger to Wells Fargo Bank Minnesota, National Association, solely in its capacity as Trustee for Provident Bank Home Equity Loan Asset-Backed Certificates, Series 2000-2 all of its right, title, and interest in and to the following described property situated in Montgomery County, Alabama, to-wit:

> Lot 24, Block 9, according to the Map of Virginia Estates Plat No. 3, as said map appears of record in the Office of the Judge of Probate of Montgomery County, Alabama, in Plat Book 27, at Page 1.

TO HAVE AND TO HOLD the above described property unto Wells Fargo Bank, National Association, successor by merger to Wells Fargo Bank Minnesota, National Association, solely in its capacity as Trustee for Provident Bank Home Equity Loan Asset-Backed Certificates, Series 2000-2 its successors/heirs and assigns, forever; subject, however, to the statutory rights of redemption from said foreclosure sale on the part of those

  

Version 1.2

entitled to redeem as provided by the laws in the State of Alabama; and also subject to all recorded mortgages, encumbrances, recorded or unrecorded easements, liens, taxes, assessments, rights-of-way, and other matters of record in the aforesaid Probate Office.

IN WITNESS WHEREOF, Wells Fargo Bank, National Association, successor by merger to Wells Fargo Bank Minnesota, National Association, solely in its capacity as Trustee for Provident Bank Home Equity Loan Asset-Backed Certificates, Series 2000-2, has caused this instrument to be executed by and through Red Mountain Title, LLC, as auctioneer conducting said sale for said Transferee, and said Red Mountain Title, LLC, as said auctioneer, has hereto set its hand and seal on this 25 day of February, 2016.

Wells Fargo Bank, National Association, successor by merger to Wells Fargo Bank Minnesota, National Association, solely in its capacity as Trustee for Provident Bank Home Equity Loan Asset-Backed Certificates, Series 2000-2

By: Red Mountain Title, LLC
Its: Auctioneer

By: _____
Stanley Fowler, Auctioneer

STATE OF ALABAMA )

JEFFERSON COUNTY )

I, the undersigned, a Notary Public in and for said County, in said State, hereby certify that Stanley Fowler, whose name as auctioneer of Red Mountain Title, LLC, a limited liability company, acting in its capacity as auctioneer for Wells Fargo Bank, National Association, successor by merger to Wells Fargo Bank Minnesota, National Association, solely in its capacity as Trustee for Provident Bank Home Equity Loan Asset-Backed Certificates, Series 2000-2, is signed to the foregoing conveyance, and who is known to me, acknowledged before me on this date, that being informed of the contents of the conveyance, he, as such auctioneer and with full authority, executed the same voluntarily for and as the act of said limited liability company, acting in its capacity as auctioneer for said Transferee.

Given under my hand and official seal on this 25 day of Feb, 2016.

_____
Notary Public
My Commission Expires: MY COMMISSION EXPIRES OCTOBER 27, 2019

This instrument prepared by:
Andy Saag
SIROTE & PERMUTT, P.C.
P. O. Box 55727
Birmingham, Alabama 35255-5727





# Real Estate Sales Validation Form
*This Document must be filed in accordance with Code of Alabama 1975, Section 40-22-1*

**Grantor's Name:** Wells Fargo Bank, National Association, successor by merger to Wells Fargo Bank Minnesota, National Association, solely in its capacity as Trustee for Provident Bank Home Equity Loan Asset-Backed Certificates, Series 2000-2

**Mailing Address:** c/o Ocwen Loan Servicing, LLC
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409

**Grantee's Name:** Wells Fargo Bank, National Association, successor by merger to Wells Fargo Bank Minnesota, National Association, solely in its capacity as Trustee for Provident Bank Home Equity Loan Asset-Backed Certificates, Series 2000-2

**Mailing Address:** c/o Ocwen Loan Servicing, LLC
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409

**Property Address:** 3156 W Lynchburg Dr
Montgomery, AL 36116

**Date of Sale:** 02/23/2016

**Total Purchase Price:** $54,545.49
or
**Actual Value:** $
or
**Assessor's Market Value:** $

The purchase price or actual value claimed on this form can be verified in the following documentary evidence: (check one) (Recordation of documentary evidence is not required)

___ Bill of Sale
___ Sales Contract
___ Closing Statement
___ Appraisal
✓ Other  Foreclosure Bid Price

If the conveyance document presented for recordation contains all of the required information referenced above, the filing of this form is not required.

I attest, to the best of my knowledge and belief that the information contained in this document is true and accurate. I further understand that any false statements claimed on this form may result in the imposition of the penalty indicated in Code of Alabama 1975 § 40-22-1 (h).

Date  02/23/2016

___ Unattested  _____ (verified by)

Print  Corey Johnson, Foreclosure Specialist
Sign  *(signed)*
(Grantor/Grantee/Owner/**Agent**) circle one

Form RT-1
Version 1.0